FILED: February 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2168

(3:12-cv-01382-TLW)

_____

DAVID CHRISTIAN, III

       Plaintiff - Appellant

v.

SOUTH CAROLINA DEPARTMENT OF LABOR LICENSING AND REGULATION; CATHERINE TEMPLETON; SAMUEL WILKINS; WILLIAM COOK, a/k/a Ron; CHARLES IDO; HOLBROOK ALVEY, in their official and individual capacities, a/k/a Ryan

       Defendants - Appellees

 and

LYNN RIVERS

       Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 04/01/2015

Opening brief due: 04/01/2015

Response brief due: 05/04/2015

Any reply brief: 14 days from service of response brief.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>